JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE G., | CASE NO. CV 21-04618 AGR |
| Plaintiff, | |
| vs. | JUDGMENT |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY ADJUDGED that Judgment is entered for the Plaintiff. The decision of the Commissioner is reversed and the matter is remanded for calculation of an award of benefits.

DATED: September 9, 2022

*Alicia G. Rosenberg*
ALICIA G. ROSENBERG
United States Magistrate Judge